ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR 27 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MERRICK JOSE MOORE,<br><br>    Petitioner,<br><br>    v.<br><br>A. HEDGPETH,<br><br>    Respondent. | Case No. CV 10-02907 CAS (AN)<br><br>JUDGMENT |

    IT IS HEREBY ADJUDGED that this action is dismissed for the reasons set forth in the concurrently filed Order.

*Christina A. Snyder*

DATED: April 27, 2010

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 28 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY